UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JODI LIGGETT,  CASE NO.:

    Plaintiff,

vs.

ATLANTA PEACH MOVERS,
INC., A GEORGIA
CORPORATION,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JODI LIGGETT, by and through the undersigned attorney, sues the Defendant, ATLANTA PEACH MOVERS, INC., a Georgia Corporation, and alleges:

1. Plaintiff was an employee of Defendant and brings this action for unpaid overtime compensation, liquidated damages, declaratory relief, and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

2. Plaintiff was an hourly paid employee working as a packer for Defendant in DeKalb County, Georgia, among other locations.

3. Plaintiff worked for Defendant from August 2010 to August 2011.

4. Defendant, ATLANTA PEACH MOVERS, INC., is a Georgia

Corporation that operates and conducts business in, among others, DeKalb County, Georgia and is therefore, within the jurisdiction of this Court.

5. This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

6. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA and the authority to grant declaratory relief under the FLSA pursuant to 28 U.S.C. §2201 et seq.

7. At all material times relevant to this action, Defendant was an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s). in that Defendant earned more than $500,000.00 in gross sales annually and employed two or more employees engaged in interstate commerce.

8. Additionally, Plaintiff was engaged in interstate commerce during her employment with Defendants as a result of phone calls using the instrumentalities of commerce.

9. At all times relevant to this action, Defendant failed to comply with the FLSA because Plaintiff was paid straight time for her overtime hours and was not paid for all hours worked.

10. Specifically, Plaintiff was required to meet at the office before being paid, and was not compensated for the time spent travelling in the truck to the first

location.

11.     Pursuant to 29 C.F.R. § 785.38, this travel time is compensable under the FLSA.

12.     Also, even when Defendant did pay Plaintiff for overtime hours worked, she was only paid straight time for such hours in violation of the FLSA.

13.     Upon information and belief, the records, to the extent any exist and are accurate, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendant.

## **COUNT I - RECOVERY OF OVERTIME COMPENSATION**

14.     Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-13 above.

15.     Plaintiff was entitled to be paid time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week.

16.     During her employment with Defendant, Plaintiff was only paid straight time for overtime hours actually paid and was also not paid for all hours worked.

17.     As a result of Defendant's intentional, willful and unlawful acts in refusing to pay Plaintiff complete overtime compensation for each overtime hour worked, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

18.     As a result of Defendant's willful violation of the FLSA, Plaintiff is

entitled to liquidated damages.

19. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, JODI LIGGETT, demands judgment against Defendant for the payment of all overtime hours at one and one-half the regular rate of pay for the hours worked by her for which Defendant did not properly compensate her, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

Dated this 16th day of August, 2012.

<u>/s/ C. Ryan Morgan, Pro Hac Vice</u>
C. Ryan Morgan, Esq.
Florida Bar No. 0015527
Morgan & Morgan, P.A.
20 N. Orange Ave., 14th Floor
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 425-8171
Email: rmorgan@forthepeople.com
*Attorneys for Plaintiff*

<u>/s/Julie M. Weiner</u>
Julie M. Weiner, Esq.
Georgia Bar No. 246226
Law Office of Julie M. Weiner
P.O. Box 669402
Marietta, GA 30066
Telephone: (770) 579-9787
Facsimile: (678) 623-8090
Email: JulieMWeiner@aol.com
*Local Counsel for Plaintiff*