# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JODI LIGGETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:12-cv-02840-CAP |
| | ) |
| ATLANTA PEACH MOVERS, | ) |
| INC., A GEORGIA | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This case is currently before the Court on the Parties' Joint Motion for Approval of the Settlement Agreement and General Release and Stipulation of Dismissal with Prejudice.

This case involves claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), brought by Plaintiff Jodi Liggett, against Defendant Atlanta Peach Movers, Inc. (collectively, the "Parties"). The Parties have reached an agreement to resolve all claims in this case and have notified the Court of their settlement. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties have stipulated to Plaintiff's voluntary dismissal with prejudice of this case in its entirety, contingent upon the Court's approval of the Parties' Settlement Agreement. Given

that this case involves claims under the FLSA, the parties seek Court approval of their executed Settlement Agreement and the entry of an order dismissing this case with prejudice.

The Parties have exchanged and executed a Settlement Agreement and have filed this agreement with the Court, thus making the agreement a matter of public record. The Court has reviewed a copy of the Parties' Settlement Agreement, and upon examination of the agreement, the pleadings, and the Parties' representations, the court finds that the Settlement Agreement represents a fair and equitable compromise of Plaintiff's claims. Therefore, the court hereby **APPROVES** the settlement. The Parties are ordered to finalize the settlement through the exchange of consideration as contemplated in the Settlement Agreement.

Based upon the Court's approval of the Parties' Settlement Agreement and the Parties' stipulation of dismissal, Plaintiff's claims are, in their entirety, hereby **DISMISSED WITH PREJUDICE**. Each party is to bear her or its own costs, fees and expenses. The Clerk of Court is directed to promptly enter a final judgment in accordance with this Order.

**DONE AND ORDERED**, this __6th__ day of May, 2013.

/s/ Charles A. Pannell, Jr.
_____
CHARLES A. PANNELL, JR.
United States District Judge